# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VICTOR OZELL JONES

NO. 2020 KW 0823

**SEPTEMBER 10, 2020**

In Re:    Victor Ozell Jones, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 773654, 816525.

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court's rulings denying relator's motion to quash and motion for medical release bond are vacated. This matter is remanded to the district court to determine whether defense counsel wishes to adopt relator's motions. If counsel does not wish to adopt relator's motions, the district court is instructed to evaluate the motions disruptive potential in light of **State v. Melon**, 95-2209 (La. 9/22/95), 660 So.2d 466 before determining whether to conduct a hearing consistent with **State v. Alexander**, 2007-1236 (La. App. 3d Cir. 4/9/08), 980 So.2d 877. See **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253, 1256.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT